# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2016

153309(102)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANDREW MAURICE RANDOLPH,
      Defendant-Appellant.
_____/

SC: 153309
COA: 321551
Genesee CC: 2013-033003-FC

      On order of the Chief Justice, the motion of defendant-appellant to file an application for leave to appeal in excess of the page limit restriction is GRANTED. The 60-page application submitted on March 8, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2016
_____

